**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Marystel Silva Cortes,**

**Plaintiff,**

**-against-**

**Bubble Pop Laundromat Inc., et al.,**

**Defendants.**

**1:26-cv-03945 (JLR) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that Plaintiff shall serve a copy of the Court's October 28, 2026 Order (ECF No. 29), as well as this Order, upon *pro se* Defendant Ganjian and, no later than Friday, November 6, 2026, shall file proof of service to the ECF docket. The deadline for the parties to file a proposed stipulation to vacate the default entered against Defendant Ganjian and extend the time for him to respond to the Complaint OR for Defendant Ganjian to file a motion to set aside the entry of default (*see* 10/28/26 Order at 2) is extended until November 30, 2026. If Defendant Ganjian files such a motion, Plaintiff's opposition shall be filed no later than December 7, 2026 and Defendant Ganjian shall file any reply no later than December 14, 2026.

**SO ORDERED.**

Dated: New York, New York
November 2, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge